**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>      v.<br><br>MICKEY RAY GILDER<br><br>                Defendant. | CR NO: 2:14-MJ-00120 DAD |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: MICKEY RAY GILDER
Detained at: RIO CONSUMNES CORRECTION CENTER
Detainee is:    a.) ☐ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
                       charging detainee with: _____
    or    b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.) ☐ return to the custody of detaining facility upon termination of proceedings
    or    b.) ☒ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary [FORTHWITH] in the Eastern District of California.*

Signature: /s/Michelle Rodriguez
Printed Name & Phone No: MICHELLE RODRIGUEZ
Attorney of Record for: United States of America

**WRIT OF HABEAS CORPUS**
☒ Ad Prosequendum      ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: May 30, 2014

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | | DOB: | 08/01/1993 |
| Facility Address: | 12500 Bruceville Rd, Elk Grove, CA | Race: | |
| Facility Phone: | (916)874-1927 | FBI#: | |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: _____    _____
                                              (signature)