```
DINA L. SANTOS, SBN 204200
A PROFESSIONAL LAW CORPORATION
428 J STREET, SUITE 359
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for Defendant
MICKEY GILDER
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICKEY GILDER,<br><br>Defendants. | CRS NO. 14-MJ-00120-DAD<br><br>STIPULATION AND ORDER TO EXTEND TIME FOR PRELIMINARY HEARING AND EXCLUDE TIME<br><br>Date:  AUGUST 7, 2014<br>Time:  2:00 p.m.<br>Judge: DALE A. DROZD |

    Plaintiff, United States of America, by and through Assistant United States Attorney, MICHELLE RODRIGUEZ and Defendant MICKEY **GILDER,** individually and by his counsel of record, DINA L. SANTOS stipulate to continue the Preliminary Hearing currently set for July **3**, 2014, to August 7, 2014, at 2:00 p.m.

    The parties agree that the time beginning from the date of this stipulation extending through August 7, 2014, should be excluded from the calculation of time under the Speedy Trial Act. Further, the defendant consents to an extension of the time for a Preliminary

Stipulation to Continue Preliminary Examination           1

Hearing until August 7, 2014, Fed. R. Crim. P. 5.1(d). The parties submit that the ends of justice are served by the Court excluding such time, so that they may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv).

In particular, the time is required so that the parties can continue to conduct investigation and discuss a proposed disposition. The defendant consents to this continuance.  The parties stipulate that this interest of justice outweighs the interest of the public and the defendant in a speedy trial, 18 U.S.C. §§ 3161(b) and (h)(7)(A), and further that this good cause outweighs the public's interest in the prompt disposition of criminal cases. Fed. R. Crim. P. 5.1(d).

Respectfully submitted,

Dated: July 1, 2014

/s/ Dina L. Santos
DINA L. SANTOS
Attorney for MICKEY GILDER

Dated: JuLY 1, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ Dina L. Santos for

MICHELLE RODRIGUEZ
Assistant United States Attorney

Stipulation to Continue Preliminary Examination                                    2

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>v.<br><br>MICKEY GILDER,<br><br>              Defendant. | CR NO.  14-MJ-120-DAD<br><br>ORDER EXTENDING TIME FOR PRELIMINARY HEARING AND EXCLUDING TIME BY STIPULATION OF THE PARTIES<br><br>Date:  Aug. 7, 2014<br>Time:  2:00 p.m.<br>Judge: Dale A. Drozd |

ORDER

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on July 1, 2014. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the Preliminary Hearing date, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C.§3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the publics

interest in the prompt disposition of criminal cases.

    THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the Preliminary Hearing is extended to **August 7**, 2014, at 2:00 p.m.

2. This time between July 3, 2014, and August 7, 2014, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A) and Federal Rule of Criminal Procedure 5.1(d).

3. The defendant shall appear at the date and time before the Magistrate Judge on duty.

    IT IS SO ORDERED.

Dated: July 1, 2014

                                    ALLISON CLAIRE
                                    UNITED STATES MAGISTRATE JUDGE